UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES GRAVES,

    Petitioner,

v.

RONALD DAVIS, Warden,

    Respondent.

Case No. 16-cv-02031-JST (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges a sentence imposed by the Sacramento County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

IT IS SO ORDERED.

Dated: April 29, 2016

    JON S. TIGAR
    United States District Judge